IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Parker Sr, Burdies | Case Number:  05 B 05745 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  2/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 12, 2008
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 26,350.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 22,422.05 |
| Priority: | | 0.00 |
| Administrative: | | 2,635.20 |
| Trustee Fee: | | 1,292.75 |
| Other Funds: | | 0.00 |
| Totals: | 26,350.00 | 26,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,635.20 | 2,635.20 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | American Express | Unsecured | 4,369.26 | 2,086.73 |
| 4. | Resurgent Capital Services | Unsecured | 5,468.84 | 2,611.77 |
| 5. | Portfolio Recovery Associates | Unsecured | 3,593.62 | 1,716.27 |
| 6. | American Express | Unsecured | 1,858.90 | 887.80 |
| 7. | ECast Settlement Corp | Unsecured | 3,816.92 | 1,822.89 |
| 8. | Credit Card Center | Unsecured | 4,201.46 | 2,006.45 |
| 9. | American Express | Unsecured | 5,163.84 | 2,466.17 |
| 10. | ECast Settlement Corp | Unsecured | 4,150.63 | 1,982.31 |
| 11. | Resurgent Capital Services | Unsecured | 4,648.08 | 2,219.87 |
| 12. | Ford Motor Credit Corporation | Unsecured | 3,696.95 | 1,765.62 |
| 13. | ECast Settlement Corp | Unsecured | 1,710.89 | 817.13 |
| 14. | Resurgent Capital Services | Unsecured | 216.42 | 103.36 |
| 15. | ECast Settlement Corp | Unsecured | 922.71 | 440.66 |
| 16. | ECast Settlement Corp | Unsecured | 3,130.42 | 1,495.02 |
| 17. | Indymac Bank | Secured | | No Claim Filed |
| 18. | American Express | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,584.14 | $ 25,057.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Parker Sr, Burdies

Printed:  6/24/08

Case Number:  05 B 05745
Judge:  Hollis, Pamela S
Filed:  2/21/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 48.44 |
| 3% | 102.85 |
| 5.5% | 382.95 |
| 5% | 112.42 |
| 4.8% | 227.44 |
| 5.4% | 418.65 |
|  | _____ |
|  | $ 1,292.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

